CYRUS S. WHITTAKER
NEVADA BAR NO. 14965
10833 Wilshire Blvd. #429
Los Angeles, CA 90024
Telephone:     725.696.9635
Fax:              310.300.1426
Email:          whittakercyrus@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CYRUS S. WHITTAKER, individually on behalf of himself,<br><br>          Plaintiff,<br><br>     v.<br><br>SMILEDIRECTCLUB, LLC; ZACHARY POTTS, D.D.S; MICHAEL GUIRGUIS, D.D.S; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>          Defendants. | CASE NO.: 2:21-cv-01019-RFB-BNW<br><br>**STIPULATION TO EXTEND OPPOSITION DEADLINE (THIRD REQUEST) FOR MOTION TO DISMISS DEFENDANTS ZACHARY POTTS, D.D.S. AND MICHAEL GUIRGUIS, D.D.S. FOR LACK OF PERSONAL JURISDICTION AND [PROPOSED] ORDER** |

Plaintiff Cyrus Whittaker and Defendants SmileDirectClub, LLC; Zachary Potts, D.D.S.; Michael Guirguis, D.D.S, by and through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff's Opposition to Defendants' Motion to Dismiss Defendants Zachary Potts, D.D.S. and Michael Guirguis, D.D.S. for Lack of Personal Jurisdiction was initially due June 18, 2021.

2. On June 16, 2021, Plaintiff and Defendants agreed (via stipulation) to extend the deadline for Plaintiff's Opposition to Defendants' Motion to Dismiss Defendants Zachary Potts, D.D.S. and Michael Guirguis, D.D.S. for Lack of Personal Jurisdiction

from June 18, 2021 to June 28, 2021. On June 23, 2021, Plaintiff and Defendants

further agreed (via stipulation) to extend the deadline for Opposition to Defendants'

Motion to Dismiss Defendants Zachary Potts, D.D.S. and Michael Guirguis, D.D.S.

for Lack of Personal Jurisdiction to July 6, 2021. These requests were previously

granted by the Court.

3. Plaintiff and Defendants have further agreed, due to continuing preliminary work

together on this case, to extend the deadline for Opposition to Defendants' Motion to

Dismiss Defendants Zachary Potts, D.D.S. and Michael Guirguis, D.D.S. for Lack of

Personal Jurisdiction to July 12, 2021.

Based on the foregoing, with good cause appearing, Plaintiff and Defendants stipulate as

follows:

1. The deadline for Plaintiff's Opposition to the Defendants' Motion to Dismiss

Defendants Zachary Potts, D.D.S. and Michael Guirguis, D.D.S. for Lack of Personal

Jurisdiction is continued to July 12, 2021.

**IT IS SO STIPULATED.**


DATED: June 30, 2021          **PLAINTIFF, IN PRO PER**


By:      */s/ Cyrus Whittaker*
        CYRUS S. WHITTAKER (PLAINTIFF)
        Nevada Bar No. 14965
        10833 Wilshire Blvd. #429
        Los Angeles, CA 90024
        Telephone: 725.696.9635
        Fax: 310.300.1426

DATED: June 30, 2021    **HALL PRANGLE & SCHOONVELD, LLC**

By:  */s/ Tyson Dobbs*
     TYSON J. DOBBS, Esq.
     Nevada Bar No. 111953
     IAN M. HOUSTON, ESQ.
     Nevada Bar No.11815
     1140 N. Town Center Dr., Ste. 350
     Las Vegas, NV 89144
     *Attorneys for Defendants*
     *SmileDirectClub, LLC, Zachary Potts, D.D.S.*
     *and Michael Guirguis, D.D.S.*

**ORDER**

The Court, having considered the stipulation between the Plaintiff and Defendants and with good cause appearing, hereby orders as follows:

1.  The deadline for Plaintiff's Opposition to the Defendants' Motion to Dismiss Defendants Zachary Potts, D.D.S. and Michael Guirguis, D.D.S. for Lack of Personal Jurisdiction is continued to July 12, 2021.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this ~~1st~~ day of July, 2021.