CYRUS S. WHITTAKER
NEVADA BAR NO. 14965
10833 Wilshire Blvd. #429
Los Angeles, CA 90024
Telephone:    725.696.9635
Fax:          310.300.1426
Email:        whittakercyrus@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CYRUS S. WHITTAKER, individually on behalf of himself,<br><br>Plaintiff,<br><br>v.<br><br>SMILEDIRECTCLUB, LLC; ZACHARY POTTS, D.D.S; MICHAEL GUIRGUIS, D.D.S; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01019-RFB-BNW<br><br>**STIPULATION TO EXTEND OPPOSITION DEADLINE (THIRD REQUEST) FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS** |

Plaintiff Cyrus Whittaker and Defendants SmileDirectClub, LLC; Zachary Potts, D.D.S.; Michael Guirguis, D.D.S, by and through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff's Opposition to Defendants' Motion to Compel Arbitration and To Stay Proceedings was initially due June 18, 2021.

2. On June 16, 2021, Plaintiff and Defendants agreed (via stipulation) to extend the deadline for Plaintiff's Opposition to the Defendants' Motion to Compel Arbitration and to Stay Proceedings from June 18, 2021 to June 28, 2021. On June 23, 2021, Plaintiff and Defendants further agreed (via stipulation) to extend the deadline for

| | |
|---|---|
| 1 | Plaintiff's Opposition to Defendants' Motion to Compel Arbitration and To Stay |
| 2 | Proceedings to July 6, 2021. These requests were previously granted by the Court. |

3. Plaintiff and Defendants have further agreed, due to continuing preliminary work together on this case, to extend the deadline for Plaintiff's Opposition to Defendants' Motion to Compel Arbitration and To Stay Proceedings for Lack of Personal Jurisdiction to July 12, 2021.

Based on the foregoing, with good cause appearing, Plaintiff and Defendants stipulate as follows:

1. The deadline for Plaintiff's Opposition to the Defendants' Motion to Compel Arbitration and to Stay Proceedings is to July 12, 2021.

**IT IS SO STIPULATED.**

DATED: June 30, 2021　　　　　　　**PLAINTIFF, IN PRO PER**

By:　　*/s/ Cyrus Whittaker*
　　　　CYRUS S. WHITTAKER (PLAINTIFF)
　　　　Nevada Bar No. 14965
　　　　10833 Wilshire Blvd. #429
　　　　Los Angeles, CA 90024
　　　　Telephone: 725.696.9635
　　　　Fax: 310.300.1426

| | |
|---|---|
| DATED: June 30, 2021 | **HALL PRANGLE & SCHOONVELD, LLC** |

By: <u>*/s/ Tyson Dobbs*</u>
TYSON J. DOBBS, Esq.
Nevada Bar No. 111953
IAN M. HOUSTON, ESQ.
Nevada Bar No.11815
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89144
*Attorneys for Defendants*
*SmileDirectClub, LLC, Zachary Potts, D.D.S.*
*and Michael Guirguis, D.D.S.*

**ORDER**

The Court, having considered the stipulation between the Plaintiff and Defendants and with good cause appearing, hereby orders as follows:

1. The deadline for Plaintiff's Opposition to the Defendants' Motion to Compel Arbitration and to Stay Proceedings is continued to July 12, 2021.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this ~~1st~~ day of July, 2021.