TYSON J. DOBBS, ESQ.
Nevada Bar No. 11953
IAN M. HOUSTON, ESQ.
Nevada Bar No. 11815
HALL PRANGLE & SCHOONVELD, LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email: efile@hpslaw.com
*Attorneys for Defendants*
*SmileDirectClub, LLC, Zachary Potts, D.D.S.*
*and Michael Guirguis, D.D.S.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CYRUS S. WHITTAKER, individually on behalf of myself, <br><br> Plaintiff, <br><br> vs. <br><br> SMILEDIRECTCLUB, LLC; ZACHARY POTTS, D.D.S.; MICHAEL GUIRGUIS, D.D.S.; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive, <br><br> Defendants. | CASE NO.: 2:21-cv-01019-RFB-BNW <br><br> **STIPULATION TO EXTEND OPPOSITION DEADLINE (FIRST REQUEST) FOR PLAINTIFF'S MOTION FOR REMAND** |

Plaintiff Cyrus Whittaker and Defendants SmileDirectClub, LLC; Zachary Potts, D.D.S.; Michael Guirguis, D.D.S, by and through their undersigned counsel, hereby stipulate as follows:

1. Defendants' Opposition to Plaintiff's Motion for Remand is currently due June 29, 2021.

2. Plaintiff and Defendants have agreed, due to continuing preliminary work together on this case, to extend the deadline for Defendants' Opposition to Plaintiff's Motion

Page 1 of 3

for Remand to July 13, 2021.

Based on the foregoing, with good cause appearing, Plaintiff and Defendants stipulate as follows:

1. The deadline for Defendants' Opposition to the Plaintiff's Motion for Remand is extended to July 13, 2021.

**IT IS SO STIPULATED.**

DATED: June 29, 2021

**PLAINTIFF, IN PRO PER**

By: */s/ Cyrus Whittaker*
CYRUS S. WHITTAKER (PLAINTIFF)
Nevada Bar No. 14965
10833 Wilshire Blvd. #429
Los Angeles, CA 90024
Telephone: 725.696.9635
Fax: 310.300.1426

DATED: June 29, 2021

**HALL PRANGLE & SCHOONVELD, LLC**

By: /s/ Tyson Dobbs
TYSON J. DOBBS, Esq.
Nevada Bar No. 111953
IAN M. HOUSTON, ESQ.
Nevada Bar No.11815
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89144
*Attorneys for Defendants*
*SmileDirectClub, LLC, Zachary Potts, D.D.S. and Michael Guirguis, D.D.S.*

**HALL PRANGLE & SCHOONVELD, LLC**
1140 NORTH TOWN CENTER DRIVE
SUITE 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400  FACSIMILE: 702-384-6025

# ORDER

The Court, having considered the stipulation between the Plaintiff and Defendants and with good cause appearing, hereby orders as follows:

1. The deadline for Defendants' Opposition to the Plaintiff's Motion for Remand is extended to July 13, 2021.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this _2nd_ of _____July_____, 2021