CYRUS S. WHITTAKER
NEVADA BAR NO. 14965
10833 Wilshire Blvd. #429
Los Angeles, CA 90024
Telephone:   725.696.9635
Fax:         310.300.1426
Email:       whittakercyrus@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CYRUS S. WHITTAKER, individually on behalf of himself,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SMILEDIRECTCLUB, LLC; ZACHARY POTTS, D.D.S; MICHAEL GUIRGUIS, D.D.S; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:21-cv-01019-RFB-BNW<br><br>**STIPULATION TO EXTEND OPPOSITION DEADLINE (FIFTH REQUEST) FOR MOTION TO DISMISS DEFENDANTS ZACHARY POTTS, D.D.S. AND MICHAEL GUIRGUIS, D.D.S. FOR LACK OF PERSONAL JURISDICTION AND [PROPOSED] ORDER** |

　　　　Plaintiff Cyrus Whittaker and Defendants SmileDirectClub, LLC; Zachary Potts, D.D.S.; Michael Guirguis, D.D.S, by and through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff's Opposition to Defendants' Motion to Dismiss Defendants Zachary Potts, D.D.S. and Michael Guirguis, D.D.S. for Lack of Personal Jurisdiction was initially due June 18, 2021.

2. On June 16, 2021, Plaintiff and Defendants agreed (via stipulation) to extend the deadline for Plaintiff's Opposition to Defendants' Motion to Dismiss Defendants Zachary Potts, D.D.S. and Michael Guirguis, D.D.S. for Lack of Personal Jurisdiction

1

from June 18, 2021 to June 28, 2021. On June 23, 2021, Plaintiff and Defendants further agreed (via stipulation) to extend the deadline for Opposition to Defendants' Motion to Dismiss Defendants Zachary Potts, D.D.S. and Michael Guirguis, D.D.S. for Lack of Personal Jurisdiction to July 6, 2021. Plaintiff and Defendants further agreed (via stipulation) to extend the deadline for Opposition to Defendants' Motion to Dismiss Defendants Zachary Potts, D.D.S. and Michael Guirguis, D.D.S. for Lack of Personal Jurisdiction to July 12, 2021. Plaintiff and Defendants further agreed (via stipulation) to extend the deadline for Opposition to Defendants' Motion to Dismiss Defendants Zachary Potts, D.D.S. and Michael Guirguis, D.D.S. for Lack of Personal Jurisdiction to August 16, 2021. These requests were previously granted by the Court.

3. Now, Plaintiff and Defendants have further agreed, due to continuing preliminary work together on this case in regard to anticipated resolution, to extend the deadline for Opposition to Defendants' Motion to Dismiss Defendants Zachary Potts, D.D.S. and Michael Guirguis, D.D.S. for Lack of Personal Jurisdiction to September 7, 2021.

Based on the foregoing, with good cause appearing, Plaintiff and Defendants stipulate as follows:

1. The deadline for Plaintiff's Opposition to the Defendants' Motion to Dismiss Defendants Zachary Potts, D.D.S. and Michael Guirguis, D.D.S. for Lack of Personal Jurisdiction is continued to September 7, 2021.

**IT IS SO STIPULATED.**

DATED: August 13, 2021          **PLAINTIFF, IN PRO PER**

By:     */s/ Cyrus Whittaker*
        CYRUS S. WHITTAKER (PLAINTIFF)
        Nevada Bar No. 14965
        10833 Wilshire Blvd. #429
        Los Angeles, CA 90024
        Telephone: 725.696.9635
        Fax: 310.300.1426


DATED: August 13, 2021          **HALL PRANGLE & SCHOONVELD, LLC**

By:     */s/ Tyson Dobbs*
        TYSON J. DOBBS, Esq.
        Nevada Bar No. 111953
        IAN M. HOUSTON, ESQ.
        Nevada Bar No.11815
        1140 N. Town Center Dr., Ste. 350
        Las Vegas, NV 89144
        *Attorneys for Defendants*
        *SmileDirectClub, LLC, Zachary Potts, D.D.S.*
        *and Michael Guirguis, D.D.S.*

3

**ORDER**

The Court, having considered the stipulation between the Plaintiff and Defendants and with good cause appearing, hereby orders as follows:

1. The deadline for Plaintiff's Opposition to the Defendants' Motion to Dismiss Defendants Zachary Potts, D.D.S. and Michael Guirguis, D.D.S. for Lack of Personal Jurisdiction is continued to September 7, 2021.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this  16th  of August, 2021