TYSON J. DOBBS, ESQ.
Nevada Bar No. 11953
IAN M. HOUSTON, ESQ.
Nevada Bar No. 11815
HALL PRANGLE & SCHOONVELD, LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV  89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email: efile@hpslaw.com
*Attorneys for Defendants*
*SmileDirectClub, LLC, Zachary Potts, D.D.S.*
*and Michael Guirguis, D.D.S.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CYRUS S. WHITTAKER, individually on behalf of myself,<br><br>Plaintiff,<br><br>vs.<br><br>SMILEDIRECTCLUB, LLC; ZACHARY POTTS, D.D.S.; MICHAEL GUIRGUIS, D.D.S.; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01019-RFB-BNW<br><br><br>**STIPULATION AND ORDER TO DISMISS MICHAEL GUIRGUIS, D.D.S.WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, CYRUS S. WHITTAKER, and Defendants SMILEDIRECTCLUB, LLC, ZACHARY POTTS, D.D.S., and MICHAEL GUIRGUIS, D.D.S., by and through Plaintiff and Defendants' counsel of record that:

1) Any and all claims by Plaintiff against Defendant MICHAEL GUIRGUIS, D.D.S. related to this matter in any court, jurisdiction or venue shall be dismissed in their entirety, with prejudice;

2) Although this dismissal extinguishes all of Plaintiff's claims against Defendant MICHAEL GUIRGUIS, D.D.S., this dismissal does not resolve all claims as to all parties and therefore this Action shall remain pending as to Defendant SMILEDIRECTCLUB, LLC; and

3) Defendant MICHAEL GUIRGUIS, D.D.S. shall be dismissed, with prejudice, from the instant litigation, with Plaintiff and Defendant to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: September  1 , 2021

**PLAINTIFF, IN PRO PER**

By: */s/* Cyrus Whittaker
CYRUS S. WHITTAKER (PLAINTIFF)
Nevada Bar No. 14965
10833 Wilshire Blvd. #429
Los Angeles, CA 90024
Telephone: 725.696.9635
Fax: 310.300.1426

DATED: September  1 , 2021

**HALL PRANGLE & SCHOONVELD, LLC**

By: /s/ Tyson Dobbs
TYSON J. DOBBS, Esq.
Nevada Bar No. 111953
IAN M. HOUSTON, ESQ.
Nevada Bar No.11815
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89144
*Attorneys for Defendants*
*SmileDirectClub, LLC, Zachary Potts, D.D.S. and Michael Guirguis, D.D.S.*

HALL PRANGLE & SCHOONVELD, LLC
1140 NORTH TOWN CENTER DRIVE
SUITE 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400   FACSIMILE: 702-384-6025

**ORDER**

IT IS HEREBY ORDERED that:

1) Any and all claims by Plaintiff against Defendant MICHAEL GUIRGUIS, D.D.S. related to this matter in any court, jurisdiction or venue are dismissed in their entirety, with prejudice;

2) Although this dismissal extinguishes all of Plaintiff's claims against Defendant MICHAEL GUIRGUIS, D.D.S., this dismissal does not resolve all claims as to all parties and therefore this Action shall remain pending as to Defendant SMILEDIRECTCLUB, LLC; and

3) Defendant MICHAEL GUIRGUIS, D.D.S. is hereby dismissed, with prejudice, from the instant litigation, with Plaintiff and Defendant to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this  4th  of September, 2021

HALL PRANGLE & SCHOONVELD, LLC
1140 NORTH TOWN CENTER DRIVE
SUITE 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400   FACSIMILE: 702-384-6025