1  TYSON J. DOBBS, ESQ.
   Nevada Bar No. 11953
2  IAN M. HOUSTON, ESQ.
3  Nevada Bar No. 11815
   HALL PRANGLE & SCHOONVELD, LLC
4  1140 N. Town Center Dr., Ste. 350
   Las Vegas, NV  89144
5  (702) 889-6400 – Office
6  (702) 384-6025 – Facsimile
   Email: efile@hpslaw.com
7  *Attorneys for Defendants*
   *SmileDirectClub, LLC*
8  .

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CYRUS S. WHITTAKER, individually on behalf of myself, <br><br> Plaintiff, <br><br> vs. <br><br> SMILEDIRECTCLUB, LLC; ZACHARY POTTS, D.D.S.; MICHAEL GUIRGUIS, D.D.S.; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive, <br><br> Defendants. | CASE NO.: 2:21-cv-01019-RFB-BNW <br><br><br> **STIPULATION AND ORDER TO DISMISS SMILEDIRECTCLUB, LLC WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, CYRUS S. WHITTAKER, and Defendant SMILEDIRECTCLUB, LLC, by and through Plaintiff and Defendant's counsel of record that:

1) Any and all claims by Plaintiff against Defendant SMILEDIRECTCLUB, LLC related to this matter in any court, jurisdiction or venue shall be dismissed in their entirety, with prejudice;

2) This dismissal resolves all remaining claims as to all remaining parties; and

3) Defendant SMILEDIRECTCLUB, LLC shall be dismissed, with prejudice, with Plaintiff and Defendant to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: September 22, 2021

**PLAINTIFF, IN PRO PER**

By:   /s/ Cyrus Whittaker
CYRUS S. WHITTAKER (PLAINTIFF)
Nevada Bar No. 14965
10833 Wilshire Blvd. #429
Los Angeles, CA 90024
Telephone: 725.696.9635
Fax: 310.300.1426

DATED: September 22, 2021

**HALL PRANGLE & SCHOONVELD, LLC**

By:   /s/ Tyson J. Dobbs
TYSON J. DOBBS, Esq.
Nevada Bar No. 111953
IAN M. HOUSTON, ESQ.
Nevada Bar No.11815
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89144
*Attorneys for Defendants*
*SmileDirectClub, LLC*

**ORDER**

IT IS HEREBY ORDERED that:

1) Any and all claims by Plaintiff against Defendant SMILEDIRECTCLUB, LLC related to this matter in any court, jurisdiction or venue are dismissed in their entirety, with prejudice;

2) This dismissal resolves all remaining claims as to all remaining parties; and

3) Defendant SMILEDIRECTCLUB, LLC is hereby dismissed, with prejudice, with Plaintiff and Defendant to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this  23rd  of September , 2021